# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| PATRICK WELCH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:09 CV 211 |
| | ) |
| SUPERINTENDENT, INDIANA | ) |
| STATE PRISON, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

On May 21, 2008, a prison disciplinary hearing board found Patrick Welch guilty of intimidating or threatening in case WCC 08-05-0256. Welch brought this habeas corpus petition challenging his 150 day loss of earned credit time in that proceeding. The court ordered the respondent to show cause why the court should not grant the petition. In response, the respondent filed a motion to dismiss the petition as moot after the Indiana Department of Correction's Final Reviewing Authority rescinded the sanctions on July 20, 2009. Welch has not responded to the motion to dismiss..

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because the 150 days of earned credit time at issue in this case have already been restored, Welch has already

obtained the maximum relief available in this proceeding. Therefore the motion to dismiss is well taken and will be granted.

For the foregoing reasons, the court **GRANTS** the motion to dismiss (DE 4), and **DISMISSES** this petition. Clerk to enter final judgment accordingly.

**SO ORDERED.**

DATE: September 8, 2009

  s/James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT